**Order entered October 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00216-CR

**NATHAN EARL BURGESS, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 001-86625-2012**

## ORDER

The Court has before it appellant's September 15, 2014 pro se motion to recuse Justice Myers. Appellant is represented by counsel and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981). Accordingly, the Court **DENIES** appellant's pro se motion to recuse.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to William Schultz and John Rolater.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE